THE STATE EX REL. WALSH, APPELLANT, *v.* R.G.
SMITH COMPANY ET AL., APPELLEES.

[Cite as *State ex rel. Walsh v. R.G. Smith
Co.* (1998), 83 Ohio St.3d 145.]

(No. 96–2652—Submitted July 8, 1998—Decided September 16, 1998.)

*Zwick Law Offices Co., L.P.A.,* and *James P. Proctor,* for appellant.

*Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A., David E. Butz* and *Edward D. Murray,* for appellee R.G. Smith Co.

*Betty D. Montgomery,* Attorney General, and *Cecille Caluya Harris,* Assistant Attorney General, for appellee Industrial Commission.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.